IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31127
Summary Calendar
_____


BOBBIE CLARK,

                                        Plaintiff-Appellant,


versus

UNITED STATES OF AMERICA,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. CA-93-1568-K
- - - - - - - - - -
September 18, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:*

    Plaintiff Bobbie Clark appeals the dismissal of his claims for negligence and unseaworthiness.  Having reviewed Clark's arguments as well as the trial transcript and exhibits, we determine that the findings of the district court are not clearly erroneous.  Clark v. United States, No. CA-93-1568-K (E.D. La. Oct. 11, 1995).

    AFFIRMED.

---

    * Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.